UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VISA INTERNATIONAL SERVICE ASSOCIATION,<br><br>             Plaintiff,<br><br>  v.<br><br>JSL CORPORATION,<br><br>             Defendant. | 2:01-CV-00294-LRH-LRL<br><br>ORDER |

On May 2, 2008, the Ninth Circuit Court of Appeals remanded the above-titled case, pursuant to circuit court policy, to this court for the limited purpose of enabling the district court to entertain appellee's Rule 60(b) motion (#226) filed on February 1, 2008.

Defendant JSL Corporation shall have thirty (30) days from entry of this order in which to respond to Plaintiff's motion (#226) and Plaintiff shall have ten (10) days in which to reply.

DATED this 28th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE